

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00068-CV

Mustafa **NADAF** d/b/a Discount Mini Mart,
Appellant

v.

**TEXAS COMMISSION ON ENVIROMENTAL QUALITY**,
Appellee

From the 250th Judicial District Court, Travis County, Texas
Trial Court No. D-1-GN09-002367
The Honorable Orlinda L. Naranjo, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

We ORDER that the Texas Commission on Environmental Quality recover its costs of this appeal from Mustafa Nadaf.

SIGNED April 23, 2014.

_____
Luz Elena D. Chapa, Justice